UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     CRIMINAL NO. 06-20136

   Plaintiff,

     HONORABLE AVERN COHN

v.

D-1, KIRK LANAM,

   Defendant.
           /

## ORDER GRANTING MOTION TO EXTEND SURRENDER DATE

  Before the Court is the above referenced motion filed by the defendant. On November 15, 2007 the defendant was sentenced to 21 months. There is currently a reporting date of January 24, 2008 to FCI Elkton. The defendant seeks to have the reporting date extended until the Court can rule on the pending Motion for New Trial Pursuant to 28 USC §2255. The government does not object to an extension. The Court being fully advised in the premises,

  IT IS HEREBY ORDERED that the motion is GRANTED. The defendant's report date shall extended to April 01, 2008. The Defendant is to voluntarily surrender for the commencement of his sentence at FCI Elkton before 2:00 p.m on April 01, 2008.

  SO ORDERED.

Dated: January 16, 2008    s/Avern Cohn
            AVERN COHN
            UNITED STATES DISTRICT JUDGE