UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. : 06-20136

v.        HONORABLE AVERN COHN

KIRK LANAM,

        Defendant.
_____/

## ORDER EXTENDING REPORT DATE PENDING DETERMINATION OF DEFENDANT'S MOTION FOR BOND PENDING APPEAL

The defendant was sentenced on November 15, 2007 to 21 months. On June 24, 2008 the defendant's report date was extended to July 31, 2008 pending a ruling on a Motion for New Trial. On July 16, 2008 the defendant filed an appeal of the Court's July 10, 2008 Memorandum and Order Denying the Motion for New Trial. On July 24, 2008 the defendant filed a Motion for Bond Pending Appeal. In order for the Court to give due consideration to the motion,

IT IS HEREBY ORDERED that the Defendant's report date is extended to **August 21, 2008.**

SO ORDERED.


Dated: July 30, 2008        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 30, 2008, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160