UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                          Case No. 06-20136
-vs-                                          Hon. Avern Cohn

KIRK LANAM,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR BOND PENDING APPEAL

Defendant Kirk Lanam has filed a motion for bond pending appeal. The government opposes the motion. There is no good reason for granting the motion. The motion is DENIED. Defendant shall report to an institution designated by the Bureau of Prisons no sooner than twenty (20) days from this date.

    SO ORDERED.

                                        s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

Dated: September 22, 2008
       Detroit, Michigan