UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
          Plaintiff,

v                                                    Case No. 06-20136

**KIRK LANAM**,                                      Hon. Avern Cohn
          Defendant.
_____

## ORDER GRANTING MOTION FOR EXPERT SERVICES

Defendant Kirk Lanam having filed a Second Ex Parte Motion for Expert Services, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that defense counsel is authorized to obtain the services of forensic computer expert Adam Kelly for up to 25 hours at the rate of $150.00 per hour.

Dated: March 16, 2011                            S/Avern Cohn
                                                          United States District Judge