UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No.  06-20136

HONORABLE AVERN COHN

v.

KIRK LANAM,

          Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on May 07, 2012, judgment is entered in favor of plaintiff and against defendant.

                                              DAVID WEAVER

Dated: May 7, 2012            By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 7, 2012, by electronic and/or ordinary mail.

                                              S/Julie Owens
                                              Case Manager, (313) 234-5160